JUSTIN X. WANG (CSB166183)
BAUGHMAN & WANG
39650 Liberty Street, Suite 240
Fremont, CA 94538
justin@lawbw.com
Tel: (415) 576-9923
Fax: (415) 576-9929

Attorney for Plaintiff
Zhinan Wu

**GRANTED**
Judge Kandis Westmore

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zhinan Wu  ) <br> ) <br> Plaintiff  ) <br> ) <br> vs.  ) <br> ) <br> Kirstjen Nielsen , Secretary of the ) <br> Department of Homeland Security; ) <br> L. Francis Cissna, Director, U.S. ) <br> Citizenship and Immigration Services; ) <br> Julia Harrison, Acting Chief, USCIS ) <br> Immigrant Investor Program Office ) <br> Defendant. ) <br> ) | Case No.: 4:18-cv-02048 KAW <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVE that pursuant to Fed.R.Civ.Pro.41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated:   August 10, 2018                    Respectfully submitted,


                                            _____/S/_____

                                            Justin X. WANG, Esq.

                                            Attorney for Plaintiff